# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kelly Alvarez,<br>    Plaintiff<br><br>v.<br><br>Firstsource Advantage, LLC,<br>    Defendant | Docket 3:09-cv-01210-EMK<br><br>(JUDGE EDWIN M. KOSIK)<br><br><br><br>FILED ELECTRONICALLY |

## NOTICE OF VOLUNTARY DISMISSAL

Please dismiss this action with prejudice and without cost to either party.

                                                s/ Kenneth W. Pennington
                                                Kenneth W. Pennington
Sabatini Law Firm
Ste. 800, 142 N. Washington Ave.
Scranton, PA 18503-2218
Attorney for Plaintiff
Phone (570) 341-9000
Facsimile (570) 504-2769
Email: kpecf@bankruptcypa.com
Bar Number: PA 68353