# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kelly Alvarez,<br>    Plaintiff<br><br>v.<br><br>Firstsource Advantage, LLC,<br>    Defendant | Docket 3:09-cv-01210-EMK<br><br>(JUDGE EDWIN M. KOSIK)<br><br><br>FILED ELECTRONICALLY |

## ORDER

This action is hereby dismissed with prejudice and without cost to either party.

Date: __7/23/09__

                                                                                   _/s/ Edwin M. Kosik_<br>
                                                                                    Edwin M. Kosik<br>
                                                                                    United States District Judge